# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case Number:    08-141 (MJD/AJB)

DAVID EUGENE WRIGHT,

        Defendant(s).

I hereby certify that on December 31, 2008, I served, or caused to be served, the following documents:

GOVERNMENT'S POSITION ON SENTENCING

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Leon A. Trawick, Esq.
leontrawick@aol.com

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by hand to:

Randy Nikula
United States Probation Office
180 East Fifth Street
St. Paul, MN 55101

                                                      FRANK J. MAGILL, JR.
                                                      United States Attorney

                                                      s/ Lana Chambers
                                                      BY: LANA CHAMBERS
                                                      Legal Assistant